THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK W. CLARK, Appellant.

(Submitted April 9, 1894; decided April 17, 1894.)

MOTION to dismiss appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order which affirmed a judgment of the Court of General Sessions of the Peace of the city of New York entered upon a verdict which convicted defendant of the crime of forgery in the second degree.

*John R. Fellows, District Attorney,* for motion.

Agree to dismiss appeal; no opinion.
All concur.
Motion granted.

ANGEL K. JORGENSEN, Appellant, *v.* FLUVIUS S. SQUIRES et al., Respondents.

(Argued April 9, 1894; decided April 17, 1894.)

MOTION to open default.

*William B. Tullis* for motion.

*Douglas A. Levien, Jr.,* and *Robert A. Johnston* opposed.

Agree to grant motion on payment of fifty dollars, within fifteen days after service of notice of entry of order; no opinion.
All concur.
Motion granted.